

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**November 25, 2020 11:58**

By: DAREN NIEMI 0093640

Confirmation Nbr. 2124211

| | |
|---|---|
| JULIE DORSEY | CV 20 940610 |
| vs. | |
| LOWE'S HOME CENTERS, LLC., ET AL. | **Judge:** MAUREEN CLANCY |

Pages Filed: 6

Ex. A

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| **JULIE DORSEY**<br>27925 Cannon Rd.<br>Solon, Ohio 44139<br><br>    Plaintiff,<br><br>v.<br><br>**LOWE'S HOME CENTERS, LLC**<br>C/O Statutory Agent Corporation Service Co.<br>50 W. Broad St., Ste. 1330<br>Columbus, OH 43215<br><br>&,<br><br>**LOWE'S HOME CENTERS, LLC**<br>**Store No. 1023**<br>24500 Miles Rd.<br>Bedford Heights, OH 44126<br><br>&,<br><br>**LOWE'S HOME CENTERS, LLC**<br>**Store No. 1023**<br>**D/B/A LOWE'S OF BEDFORD HEIGHTS**<br>24500 Miles Rd.<br>Bedford Heights, OH 44126<br><br>&,<br><br>**ERIC- STORE MANAGER- LAST NAME UNKNOWN**<br>**LOWE'S OF BEDFORD HEIGHTS**<br>**Store No. 1023**<br>24500 Miles Rd.<br>Bedford Heights, OH 44126<br><br>    Defendant | CASE NUMBER:<br><br>JUDGE:<br><br>**COMPLAINT**<br><br>**(Jury Demand Endorsed Hereon)** |

1

Now comes the Plaintiff, by and through the undersigned counsel, and for her Complaint states the following:

## COUNT ONE

1. At all times relevant herein, Defendant Lowe's Home Centers, LLC. and/or Lowe's Home Centers, LLC. d/b/a Lowe's of Bedford Heights, and further identified as store number 1023, is and remains a for-profit corporation, limited liability company, or other business entity maintaining a presence and doing business in Cuyahoga County, Ohio and elsewhere in the State of Ohio.

2. At all times relevant herein, Defendant Eric "Store Manager", whose last name is unknown despite reasonable diligence by Plaintiff was the store manager of the facility Lowe's of Bedford Heights, further identified as store number 1023, addressed at 24500 Miles Road, in the City of Bedford Heights, County of Cuyahoga, State of Ohio.

3. At all times relevant herein, on November 26, 2018 Plaintiff was lawfully on the premises as a business invitee, to wit, Plaintiff was owed the highest degree of care by Defendants to ensure her safety on the premises.

4. That all Defendants did breach said duty of care, including but not limited to, by: 1) allowing a hidden dangerous condition to exist on the premises that caused injury to Plaintiff; 2) failing to properly repair a shelf and/or merchandise rack so that merchandise consisting of approximately One-Hundred and Thirty (130) pounds of tile would not fall onto Plaintiff, causing her injury; 3) failing to take reasonable care and due diligence to inspect the shelf and/or merchandise rack to discovery the dangerous condition posed by the faulty condition of said shelf

2

and/or merchandise rack; 4) failing to properly supervise employees to ensure that inspections were conducted and/or were conducted with reasonable care and diligence that would have discovered said hidden danger and/or to ensure that repairs to the shelf and/or merchandise rack were done appropriately so as to fully eliminate any hidden danger to Plaintiff posed by said shelf and/or merchandise rack; and 5) by other ways unknown now but might become fully known through discovery.

5.  That as a direct and proximate result of the aforementioned negligence and/or gross negligence and/or carelessness and/or recklessness and/or acts and/or failure to act of all Defendants, Plaintiff, has been injured when the shelf and/or merchandise rack collapsed, allowing the aforementioned heavy tiles to fall upon her, and has been required to seek and obtain additional medical care and attention, incurring expenses as a result thereof, has suffered great physical pain, physical deformity to her foot, physical impairment to her foot, mental anguish, and emotional distress, has lost wages, has been unable to engage in her usual activities, and with reasonable certainty will continue to require medical care attention, incurring expenses as a result thereof, suffer great physical pain, mental anguish and emotional distress, will continue to lose wages, will continue to be unable to engage in her usual activities, all to her detriment.

## COUNT TWO

6.  Plaintiff re-alleges and re-avers each and every allegation contained in Paragraph One (1) through Six (6) as if fully rewritten herein and expressly made part hereof, and further states:

3

7. That employers are responsible for the negligence of employees committed within the course and scope of their employment under the doctrine of respondeat superior. (See: *Byrd v. Faber* (1991), 57 Ohio St.3d 56, 58, 565 N.E.2d 584, 587).

8. That further under respondeat superior, an employer may be sued independently of a negligent employee acting within the course and scope of his or her employment. (See: *Lusito v. Kruse* (1940), 136 Ohio St. 183, 24 N.E.2d 705).

9. That employee(s) of Defendants were negligent, including but not limited to, by: 1) overloading the aforementioned shelf and/or merchandise rack; 2) ignoring weight capacity limitations of the aforementioned shelf and/or merchandise rack; 3) failing to take due care so that in the course of loading the aforementioned shelf and/or merchandise rack same would not become damaged to the point that the integrity would be compromised and to wit create a hidden dangerous condition to persons such as Plaintiff; and 4) by other ways currently unknown to Plaintiff but may become known through discovery.

10. That the negligence of employee(s) as noted more fully in ¶ 9 occurred within the course and scope of their employment, creating liability on behalf of Defendants independent to that of their employee(s).

11. And that as a direct and proximate result of the aforementioned negligence and/or gross negligence and/or carelessness and/or recklessness and/or acts and/or failure to act of employee(s), Plaintiff, has been injured and required to seek and obtain additional medical care and attention, incurring expenses as a result thereof, has suffered great physical pain, mental anguish, and emotional distress, has lost wages, has been unable to engage in her usual activities, and with reasonable certainty will continue to require medical care attention, incurring expenses as a result

thereof, suffer great physical pain, mental anguish and emotional distress, will continue to lose wages, will continue to be unable to engage in her usual activities, all to her detriment.

WHEREFORE, Plaintiff, prays for judgment against all Defendants, jointly and severally, on **ALL COUNTS** in an amount that exceeds TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) in compensatory damages, and in an amount that exceeds TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) in punitive damages, together with costs incurred herein and interest from the date of judgment. Plaintiff further prays for any and all other relief deemed appropriate by this Court including, but not limited to, court costs, interest, costs, and/or reasonable attorney fees.

Respectfully submitted,

/s/ Daren Niemi
Daren T. Niemi (0093640)
Kenneth C. Podor (0014067)
THE PODOR LAW FIRM, LLC
33565 Solon Rd
Solon, Ohio 44139
P: (440) 914-5297
F: (440) 914-0377
E: dniemi@podorlaw.com
*Attorneys for Plaintiff*

5

## JURY DEMAND

Plaintiff hereby demands that each and every issue of fact contained herein be tried to a jury.

Respectfully submitted,

_____
Daren T. Niemi (0093640)
Kenneth C. Podor (0014067)
THE PODOR LAW FIRM, LLC
33565 Solon Rd
Solon, Ohio 44139
P: (440) 914-5297
F: (440) 914-0377
E: dniemi@podorlaw.com
*Attorneys for Plaintiff*

6

Case: 1:20-cv-02714-DCN Doc #: 1-1 Filed: 12/16/20 8 of 11. PageID #: 12

COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV20940610 | D1 CM | 43096706 |

Rule 4 (B) Ohio

Rules of Civil Procedure

## SUMMONS

JULIE DORSEY
VS
LOWE'S HOME CENTERS, LLC., ET AL.

PLAINTIFF

DEFENDANT

LOWE'S HOME CENTERS, LLC
C/O STATUTORY AGENT CORPORATION SERVICE CO.
50 W. BROAD ST., STE. 1330
COLUMBUS OH 43215

Said answer is required to be served on:



Plantiff's Attorney

DAREN NIEMI
33565 SOLON ROAD

SOLON, OH 44139-0000

Case has been assigned to Judge:

MAUREEN CLANCY
Do not contact judge. Judge's name is given for attorney's reference only.

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

NAILAH K. BYRD
Clerk of the Court of Common Pleas



By_____
Deputy

| DATE SENT |
|---|
| Nov 25, 2020 |

COMPLAINT FILED 11/25/2020





CMSN130

# COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
## CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV20940610 | D2 CM | 43096707 |

Rule 4 (B) Ohio

Rules of Civil Procedure

## SUMMONS

JULIE DORSEY **PLAINTIFF**
VS
LOWE'S HOME CENTERS, LLC., ET AL. **DEFENDANT**

LOWE'S HOME CENTERS, LLC
STORE NO.1023
24500 MILES RD.
BEDFORD HEIGHTS OH 44126

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

Said answer is required to be served on:



You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Plantiff's Attorney

DAREN NIEMI
33565 SOLON ROAD

SOLON, OH 44139-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

MAUREEN CLANCY
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT | By  |
|---|---|
| Nov 25, 2020 | Deputy |

COMPLAINT FILED   11/25/2020



CMSN130

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV20940610 | D3 CM | 43096708 |

Rule 4 (B) Ohio

Rules of Civil Procedure

# SUMMONS

JULIE DORSEY
VS
LOWE'S HOME CENTERS, LLC., ET AL.

**PLAINTIFF**

**DEFENDANT**

LOWE'S HOME CENTERS, LLC
STORE NO. 1023
D/B/A LOWE'S OF BEDFORD HEIGHTS
24500 MILES RD.

BEDFORD HEIGHTS OH 44126

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plantiff's Attorney

DAREN NIEMI
33565 SOLON ROAD

SOLON, OH 44139-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

MAUREEN CLANCY
Do not contact judge. Judge's name is given for attorney's reference only.

NAILAH K. BYRD
Clerk of the Court of Common Pleas



By_____
Deputy



| DATE SENT |
|---|
| Nov 25, 2020 |

COMPLAINT FILED  11/25/2020



COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV20940610 | D4 CM | 43096709 |

Rule 4 (B) Ohio

Rules of Civil Procedure

| | |
|---|---|
| JULIE DORSEY | **PLAINTIFF** |
| VS | |
| LOWE'S HOME CENTERS, LLC., ET AL. | **DEFENDANT** |

# SUMMONS

ERIC-STORE MANAGER-LAST NAME UNKNOWN
LOWE'S OF BEDFORD HEIGHTS
STORE NO. 1023
24500 MILES RD.

BEDFORD HEIGHTS OH 44126

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

Said answer is required to be served on:



Plantiff's Attorney

DAREN NIEMI
33565 SOLON ROAD

SOLON, OH 44139-0000

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

MAUREEN CLANCY
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT | |
|---|---|
| Nov 25, 2020 | By_____ |
| | Deputy |



COMPLAINT FILED   11/25/2020



CMSN130